**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. JONES (CDCR # AF7440),<br><br>    Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>    Respondent.<br>_____ / | No. C 14-2638 SI (pr)<br><br>**JUDGMENT** |

    This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus in this court if he ever obtains the necessary order from the Ninth Circuit.

    IT IS SO ORDERED AND ADJUDGED.

DATED: June 11, 2014

                                              SUSAN ILLSTON
                                              United States District Judge